UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blast Off Media Inc.<br><br>    Plaintiff,<br><br>-against-<br><br>Downtown Music Capital, LLC,<br>Downtown Music LLC, and<br>Downtown Music Holdings LLC,<br><br>    Defendants. | Civil Action No. 25-cv-09363-PAE |

**[PROPOSED] ORDER ON LETTER MOTION RE:**
**REDACTED COMPLAINT AND SEALED EXHIBITS**

  Plaintiff Blast Off Media Inc. ("Blast Off" or "Plaintiff"), having moved to file or otherwise keep its Complaint (the "Complaint") and two accompanying exhibits under seal, and the Court having reviewed the application and found sufficient cause under Fed. R. Civ. P. 5.2(d) to order that the Complaint and two accompanying exhibits may be kept under seal, with a redacted version of the Complaint for public view, it is hereby

  ORDERED that (1) the Complaint and two accompanying exhibits currently on file with the Court under seal, shall remain under seal; (2) the copies of those documents submitted as Exhibits A, C, and D to the Declaration of JP Kernisan be sealed; and (3) the redacted version of the Complaint already on file with the Court at ECF No. 1 will remain available for public view.

Dated: November 17, 2025    SO ORDERED:

New York, New York

                                                                *Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge