UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAST OFF MEDIA INC.,

                            Plaintiff,

            -v-

DOWNTOWN MUSIC CAPITAL, LLC *et al.*,

                            Defendants.

25 Civ. 9363 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 16, 2026, defendants filed a motion to dismiss the first amended complaint under Federal Rule of Civil Procedure 12, among others. Under Rule 15(a)(1)(B), a plaintiff has 21 days after service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any second amended complaint ("SAC") by February 6, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by February 27, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no SAC is filed, plaintiff shall serve any opposition to the motion to dismiss by February 6, 2026. Defendants' reply, if any, shall be served by February 13, 2026.

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 22, 2026
        New York, New York

2