UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAST OFF MEDIA INC., Plaintiff, -v- DOWNTOWN MUSIC CAPITAL, LLC *et al.*, Defendants. | 25 Civ. 9363 (PAE) ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court today issued a decision resolving defendants' motion to dismiss. The Court further orders as follows.

First, the Court grants the parties' motions to seal or redact the Second Amended Complaint and materials filed in connection with the motions to dismiss. Dkts. 28, 35, 38, 43. Sealing and redaction are warranted here because the materials at issue contain commercially sensitive business information. *See, e.g.*, *In re B & C KB Holding GmbH*, No. 22 Misc. 180, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023) ("courts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business and financial information" (collecting cases)). The proposed redactions are minimal and "narrowly tailored" to cover financial terms and select details of the relationship between plaintiff and defendants. *Cunningham v. Cornell Univ.*, No. 16 Civ. 6525, 2019 WL 10892081, at *1 (S.D.N.Y. Sept. 27, 2019) (citation omitted). The Court's decision, which is publicly accessible in full, does make several brief references to selected excerpts that were redacted in the parties' submissions. The Court was careful to measure its words so as not to compromise commercially sensitive matters.

Second, the Court schedules an initial pretrial conference for **September 16, 2026** at **11 a.m.** This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key. **Counsel are directed to review the Court's Individual Rules and Practices in Civil Cases**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel. The Court directs counsel for all parties to:

- **Confer with each other prior to the conference regarding settlement** and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.
- **Prepare a Civil Case Management Plan and Scheduling Order** in accordance with the Court's Individual Rules, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer, to be submitted to the Court no later than **September 10, 2026**.
- **Prepare a joint letter**, not to exceed three pages in length, to be submitted to the Court no later than **September 10, 2026**, addressing the following topics in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), and the history of the case; (2) any contemplated motions; and (3) the prospect for settlement. For the Court's

convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the letter.

- Register as filing users in accordance with the Procedures for Electronic Case Filing prior to the date of the initial pretrial conference.
- **Email to EngelmayerNYSDChambers@nysd.uscourts.gov**, no later than **September 10, 2026**, the names of any counsel who wish to enter an appearance at the conference, and the number from which each counsel will be calling. Please indicate with an asterisks who will be appearing as lead counsel.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

Requests for adjournment may be made only in a writing received no later than two business days before the conference. The written submission must comply with Section 1.E of the Court's Individual Rules. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

## CONCLUSION

For the foregoing reasons, the Court grants the parties' motions to seal, and schedules an initial pretrial conference for September 16, 2026 at 11 a.m.

The Clerk of Court is respectfully directed to terminate the motions pending at dockets 28, 35, 38 and 43.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 5, 2026
New York, New York