BALLON STOLL P.C.

COUNSELLORS AT LAW FOUNDED 1931

1675 BROADWAY
14TH FLOOR
NEW YORK, NY 10019
www.ballonstoll.com
Leon Borstein, ESQ.
(212) 575-7900
lborstein@ballonstoll.com

September 18, 2026

**<u>Via ECF</u>**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *Blast Off Media Inc.* ("Blast Off") *v. Downtown Music Capital, LLC, et al.* ("Downtown"), No. 1:25-cv-09363 (PAE): Joint Letter Regarding Parties' Agreement That There Is No Threshold Subject-Matter Jurisdiction**

Dear Judge Engelmayer,

We write pursuant to the Court's endorsement entered September 11, 2026, which adjourned the initial pretrial conference sine die and directed the parties to advise the Court, by September 18, 2026, whether they have reached agreement on the question of subject-matter jurisdiction.

The Parties agree that this Court lacks subject-matter jurisdiction. There is no complete diversity because at commencement there were all aliens on both sides of the action and no citizen of any U.S. State was a party. 28 U.S.C. § 1332; *JPMorgan Chase Bank v. Traffic Stream (BVI) Infrastructure Ltd.*, 536 U.S. 88 (2002); *Bayerische Landesbank, New York Branch v Aladdin Capital Mgt. LLC*, 692 F.3d 42 (2d Cir. 2012); *Universal Licensing Corp. v Paola del Lungo S.p.A.*, 293 F.3d 579 (2d Cir. 2002); *Curley v. Brignoli, Curley & Roberts Assocs.*, 915 F.2d 81 (2d Cir. 1990); *Ergowerx Intern., LLC v Maxell Corp. of Am.,* 18 F. Supp. 3d 453 (S.D.N.Y. 2014), *aff'd*, 615 Fed App'x 689 (Fed. Cir. 2015). Accordingly, the Parties respectfully and jointly request that the Court dismiss this action for lack of subject-matter jurisdiction, without prejudice.

The parties are prepared to submit a proposed order or a short stipulation of dismissal, or to address the matter further, as the Court prefers.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Leon Borstein LB 8892

cc: All counsel of record (via ECF)