UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAST OFF MEDIA INC., Plaintiff, -v- DOWNTOWN MUSIC CAPITAL, LLC *et al.*, Defendants. | 25 Civ. 9363 (PAE) ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' joint letter expressing agreement that this Court lacks subject-matter jurisdiction in the above-captioned matter. Dkt. 69. The Court agrees with the parties that complete diversity is lacking because at the suit's commencement, all parties to the action were foreign citizens, and no citizen of any U.S. state was a party. *See* 28 U.S.C. § 1332. "[W]hen a federal court concludes that it lacks subject-matter jurisdiction, the court must dismiss the complaint in its entirety." *Arbaugh v. Y & H Corp.*, 546 U.S. 500, 514 (2006). Such dismissal must be without prejudice. *See Katz v. Donna Karan Co., L.L.C.*, 872 F.3d 114, 121 (2d Cir. 2017).

Accordingly, the action is hereby dismissed without prejudice. The clerk of court is respectfully directed to close all pending motions, and to close this case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 18, 2026
New York, New York